# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**United States of America**         *

v.                                   *       Case No. 1:24-CR-311-ELH

**James Howeth**                     *

\* * * * * * * * * * * *

# ORDER

Before the Court is James Howeth's Motion to Suppress Statements. After careful review, the Court finds good cause to grant the request.

**IT IS HEREBY ORDERED**,

1. James Howeth's Motion to Suppress Statements is **GRANTED**.

_____
Hon. Ellen L. Hollander
United States District Judge

Date: