# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TOLL FREE: (855) 213-8450
MAIN LINE: (410) 962-3962
OPERATOR LINE: (410) 779-6673
FAX: (410) 962-3976

JAMES WYDA
FEDERAL PUBLIC DEFENDER

FRANCISCO CARRIEDO
MARQUISE FINDLEY-SMITH
ASSISTANT FEDERAL PUBLIC DEFENDERS

November 10, 2025

The Honorable Ellen L. Hollander
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: *United States of America v. James Howth*
Criminal No.: ELH-24-311

Dear Judge Hollander,

In response to the Court's Letter Order regarding Mr. Howeth's Motions to Seal, ECF No. 52, Counsel for Mr. Howeth has filed on the public docket an unredacted Motion to Suppress Statements, and a redacted Motion to Suppress and Request for a *Franks* Hearing.[1] That should address the issues raised by the Court's letter.

The motions to seal, however, also requested the Court to seal the exhibits that accompany these motions. *See* ECF Nos. 46, 49. The Court's letter does not appear to address the exhibits, only the motions themselves. The exhibits contain sensitive information, including Personal Identifying Information, and information about minors. As such, those materials should be sealed.

Sincerely,

*Francisco Carriedo*

Francisco Carriedo
Marquise Findley-Smith
Assistant Federal Public Defender

---

1 Prior to filing the redacted motion, Counsel for Mr. Howeth provided the Government with a copy to determine whether any additional information should be redacted. No additional redactions were requested by the Government.