

# IN THE DISTRICT COURT FOR CAROLINE COUNTY
# STATE OF MARYLAND

## APPLICATION FOR SEARCH AND SEIZURE WARRANT

**To the Honorable Joseph A Riley, Judge of the District Court for Caroline County, Maryland.** Your Affiant, Sergeant T. Antal #4970, a sworn member of the Maryland State Police, being duly sworn, deposes and says that he has reason to believe that:

Within a mobile electronic device, more specifically described as:

1. **Samsung Cellphone serial number R5CW21AA5BB**

hereinafter "**TARGET DEVICE**," seized and retained by the Maryland State Police – Criminal Enforcement Division Eastern Region pending the issuance of a search and seizure warrant.

## THERE IS PRESENTLY CONTENT SUBJECT TO SEIZURE, NAMELY:

For the time period between the dates of September 15, 2023 to present:

- Images, videos and like files depicting the possession and distribution of a child pornography;
- Images, videos and like files depicting aggravated cruelty to animals;
- Any other property or evidence found otherwise to be subject to seizure under the laws of the State of Maryland. Mobile applications can be designed with data being stored on the device and also have data stored in the "cloud", which is a remote server providing

- resources to the application and device. Often application's data can be found on the device itself and / or in the "cloud".

- Data stored in these cellular telephones/electronic devices, data sent from these cellular telephones/electronic devices, stored telephone number contacts, listing of received and sent telephone numbers for call and text history, access to voicemail, photographic, video and other media images stored in or sent from these cellular telephones/electronic devices, text messages sent to or sent from these cellular telephones/electronic devices, audio and video recordings stored in or sent from these cellular telephones/electronic devices, mobile applications, internet activity and search history and data storage from any cloud data sources associated with the above cellular telephones/electronic devices, which is related to the possession and distribution of child pornography;

The search procedure may include the following techniques (the following is a non-exclusive list, and law enforcement and/or the digital forensic examiner may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein, while permitting law enforcement examination of all the data necessary to determine whether that data falls within the items to be seized). Law enforcement is authorized to conduct data extractions of the various devices specified herein in a manner that allows for forensic review between the dates of September 15, 2023 to present.

1. Surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for markings it contains and opening a drawer believed to contain pertinent files);
2. "opening" or cursorily reading the first few "pages" of such files in order to determine their precise contents;
3. "scanning" storage areas to discover and possible recover recently deleted files;
4. "scanning" storage areas for deliberately hidden files; or
5. performing keyword searches or other search and retrieval searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation

This property is:

- Evidence of violations of the Annotated Code of Maryland, Criminal Law Articles:
    a. CR 11-208:  POSSESS CHILD PORNOGRAPHY

    b. CR 11-207(a)(4): CHILD PORN PROMOTE / DISTRIBUTE

    c. CR 10-606(b)(1)(2): Aggravated Cruelty to Animals

    d. Related offenses

The facts establishing grounds for the issuance of a Search and Seizure Warrant are set forth in the Affidavit attached thereto and made a part thereof.

Wherefore, your Affiant requests that a Search and Seizure Warrant be issued authorizing the search and seizure and subsequent forensic data analysis of the aforesaid **TARGET DEVICE** for the aforementioned content between the dates of **September 15, 2023** to present. I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Application and Affidavit are true. For any portion of the Application and Affidavit that relies upon information provided by someone other than the applicant, and only for such portion(s), I solemnly affirm under the penalties of perjury that the contents of the foregoing Application and Affidavit are true to the best of my/our knowledge, information and belief.

_Sgt T. Antal_

**Sergeant T. Antal #4970**
Maryland State Police
Criminal Enforcement Division- Eastern Region

*Personally, or electronically submitted to me, a Judge of the District Court for Caroline County, State of Maryland, this 28th day of February 2024, by Sergeant T Antal #4970, who appeared before me or was properly identified to me, and he has made an oath that the contents of the foregoing document are true and correct.*

_Joseph Riley_              Feb 28, 2024 | 9:32 AM EST

**JUDGE Joseph A Riley**            **DATE/TIME**
District Court for Caroline County, State of Maryland



# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH AND SEIZURE WARRANT

In support of a Search and Seizure Warrant for:

1. **Samsung Cellphone serial number R5CW21AA5BB**

hereinafter "**TARGET DEVICE**," seized and retained by the Maryland State Police – Criminal Enforcement Division Eastern Region pending the issuance of a search and seizure warrant.

## AFFIANT'S LAW ENFORCEMENT TRAINING AND EXPERTISE:

BY:  Sergeant T. Antal #4970

Maryland State Police - Criminal Enforcement Division Eastern Region

Your Affiant, Sgt T. Antal has been a duly sworn member of the Maryland State Police since July 2005. During this time, your Affiant was assigned to Barrack "E" Salisbury, Barrack "V" Berlin and Barrack "I" Easton, the Wicomico County Narcotics Task Force and Criminal Investigations Division. Your Affiant has served in the Road Patrol Division dealing in Wicomico, Worcester, Somerset, Talbot, Caroline and Dorchester Counties. Maryland. Your Affiant is currently assigned to the Maryland State Police Criminal Enforcement Division Criminal Investigations.

Your Affiant attended and graduated from the Maryland State Police Academy located in Sykesville, Maryland in January of 2005. Instructional training in various courses and procedures relating to law enforcement were taught, to include but not limited to: constitutional law, criminal law, criminal investigations, crime scene processing, evidence collection, crimes involving investigations of violent assaults, sex offenses, child abuse, robberies, thefts, controlled dangerous

substances, search and seizure, and warrant/summon/affidavit procedures. Your Affiant is certified by the Maryland Police Training Commission as a Police Officer.

In October 2008, your Affiant successfully completed 16 hours of instruction entitled "Interview and Interrogation Course". During this instruction your Affiant was instructed in multiple techniques to solicit information for criminal investigations.

In April 2011, your Affiant successfully completed 16 hours of instruction entitled "Undercover Operation". During this instruction, your Affiant was instructed on drug interception investigative techniques in an undercover setting for narcotic investigators and field multijurisdictional standards and techniques utilized by investigators in undercover counterdrug operations undercover roles while performing multijurisdictional task force operations.

In April 2011, your Affiant successfully completed 16 hours of instruction entitled "Introduction to Patrol Drug Investigation". During this instruction, your Affiant was instructed on the history of drug use, distribution methodologies, and current trends of illicit distributors, counterdrug law enforcement and military support techniques. Also, multijurisdictional technique standards currently being used in covert and overt narcotic investigations.

In April 2011, your Affiant successfully completed 8 hours of instruction entitled "Drugs in America: Lessons for Law Enforcement". During this instruction, your Affiant was instructed on basic drug terminology, the Controlled Substances Act, identify substances of abuse, including narcotic and non-narcotic substances identify the method of production, means of ingestion, effects, and signs of abuse for classes of drugs.

In May 2011, your Affiant successfully completed 16 hours of instruction entitled "Surveillance Operations". During this instruction, your Affiant was instructed on the methods of surveillance, the purposes for conducting surveillance, the preparation of surveillance equipment, and the proper execution and documentation of surveillance operations.

In May 2011, your Affiant successfully completed 80 hours of instruction at Drug Enforcement Agency Basic Narcotics Investigator School. During this instruction, your Affiant were instructed on Gang proliferation, Drug Identification and Pharmacology Trends, Tactical problem solving/ officer rescue and vehicle assault, Passenger vehicle interdiction, intelligence gathering, surveillance, clandestine laboratories.

In March 2012, your Affiant successfully completed 44 hours of instruction at Top Gun: Undercover Drug Investigations. During this instruction, you Affiant was instructed on Investigation techniques, Rules of evidence, Courtroom techniques and presentations, Hidden compartment investigations, Warrant service techniques, Surveillance techniques, Interview and interrogation techniques and asset seizure programs.

In April 2013, your Affiant successfully completed 16 hours of instruction entitled "Police Intelligence". During this instruction your Affiant was instructed on the gathering and interpreting of intelligence while conducting police investigations.

In April 2013, your Affiant successfully completed 16 hours of instruction entitled "Introduction to Interview and Interrogation". During this instruction your Affiant was instructed on Legal issues, preparing for an interview, conducting an interview, interviewing juveniles, interviewing victims of sexual assault, and interview techniques.

In February 2022, you Affiant successfully completed 40 hours of training at the "National Missing and Unidentified Persons Conference". During this instruction you Affiant was instructed on identifying innovative and effective technologies, approaches and strategies in the search, investigation, identification, recovery, and reunification of missing persons. Your Affiant was instructed on the complex and multifaceted nature of missing person cases and the unique needs of diverse, vulnerable, and at-risk population groups.

Your Affiant has conducted as well as assisted in numerous detailed investigations dealing with controlled dangerous substance violations, homicide investigations, armed robberies, child abuse, sex offense, burglaries, stolen properties as well as other felonious crimes.

Your Affiant further receives training on a daily basis as a Trooper assigned to the Maryland State Police Criminal Enforcement Division.

Your Affiant has personal knowledge of the facts and information herein as a result of his own investigative efforts, the investigative efforts of other police personnel and other sources of information. Your affiant has not included each and every fact obtained pursuant to this investigation. Your affiant has set forth those facts that he believes are essential to establish the necessary foundation for the issuance of this search and seizure warrant.

## Probable Cause

On October 23, 2023, the Maryland State Police – Criminal Enforcement Division received CyberTipline Report 174159826 from the National Center for Missing and Exploited Children (NCMEC).

The complaint was made by Synchronoss Technologies, Inc. who provided NCMEC with the following information:

On September 15, 2023 at 21:06:11 UTC, an image was uploaded to Verizon Synchronoss Technologies account utilizing the phone number ▮▮▮▮▮▮▮▮, one image depicting suspected Child Sexual Abuse Material (CSAM) was uploaded to a Synchronoss Technologies, Inc. account with the phone number ▮▮▮▮▮▮▮▮.

Your Affiant reviewed the attached media and determined that one image depicted CSAM as defined by Maryland Law and can be described as the following:

• Image #1 depicts one female believed to be under the age of 8, fully nude in a sexual position on a bed engaging in oral sex with an adult male erect penis.

On November 29, 2023, Your Affiant, authored a search and seizure warrant for the data stored electronically associated with the Synchronoss Technologies, Inc, account number ▮▮▮▮▮▮▮▮, which was signed by the Honorable Judge William Jones of the Circuit Court of Dorchester County of Maryland. Synchronoss Technologies, Inc, provided Your Affiant with the digital content of that account which contained the following:

Picture #1: Picture of State of Maryland driver license with the information relating to Ann Margret Curl, DOB ▮▮▮▮▮▮, F, ▮▮▮▮, ▮▮ lbs, Customer Identifier ▮▮▮▮▮▮▮▮.



Picture #2: Picture depicting a brown and black dog preforming oral sex on a human female.

Picture #3: Picture depicting a brown and black dog sitting in a vehicle with Ann Margaret Curl

Video #1: 41 second video depicting a brown and black dog being ordered and preforming oral sex on a human female.

On December 15, 2023 I conducted a recorded interview with Ann Margret Curl. Curl confirmed that the phone number ▮▮▮▮▮▮▮ was hers and that she has a Verizon account. During the interview Curl was asked about the video recorded of the dog preforming oral sex on a female. Curl stated that was a "stupid thing to do" and stated that she did it because she was curious. Your Affiant asked Curl for her cellphone and she handed Your Affiant a purple Samsung cellphone with serial number R5CW21AA5BB**.** Curl also provided the passcode to unlock the phone.

On December 20th, 2023, your Affiant authored and executed a search and seizure warrant for the purple Samsung cellphone with serial number R5CW21AA5BB. While analyzing the data from the cellular device two photos were observed and are described as the following:

Unknown adult person in what appears to be in a child's bedroom in a skirt and nude from the waste up with their back towards the camera. Investigators believe that the photo may depict a child in front of the adult. To your Affiant and other investigators experience, it is believed that the way the photos are formatted that the photos may be a part of a series of photos that could depict child pornography.

Your Affiant observed during the execution of the search warrant of the cellular device a folder labeled "secured folder". This folder was password protected and the equipment that was being used to extract the data could not enter the folder and extract the date. Your affiant spoke to investigators with Computer Crimes who informed your Affiant that they have advance tools to extract the data from the secure folder, which will allow your Affiant to preview the data held in the folder and search for any child pornography or child abuse material.

 Your Affiant knows through knowledge, training, and experience those individuals involved in acts such as the possession and distribution of child pornography often utilize cellular telephones to communicate with potential victims of sexual solicitation, or those in cooperation with their efforts, via voice, text/SMS, and networking applications such as Snapchat.

Your Affiant knows through knowledge, training, and experience those individuals involved in the possession and distribution of child pornography often obtain and distribute child

pornography with other individuals, with the same intentions, utilizing text/SMS, and networking applications such as Facebook.

Your Affiant knows through knowledge, training, and experience those individuals involved in acts such as the possession and distribution of child pornography often store media, to include photographs and videos, on cellular telephones and/or cloud storage, of an illegal nature to include child pornography or illicit media pertaining to minors.

Your Affiant knows through knowledge, training, and experience that evidence pertaining to crimes such as the possession and distribution of child pornography can be stored from cellular devices or computers and retained via cloud services and retrieved by trained and qualified persons from cellular telephones and data storage.

Your Affiant submits, based upon the foregoing, that probable cause exists to believe that:

**Within the electronic devices, more specifically described as:**

1. **Samsung Cellphone serial number R5CW21AA5BB**

hereinafter "**TARGET DEVICE**," seized and retained by the Maryland State Police – Criminal Enforcement Division Eastern Region pending the issuance of a search and seizure warrant.

**THERE IS PRESENTLY CONTENT SUBJECT TO SEIZURE, NAMELY:**

For the time period between the dates of September 15, 2023 to present:

Data stored in these cellular telephones/electronic devices, data sent from these cellular telephones/electronic devices, stored telephone number contacts, listing of received and sent telephone numbers for call and text history, access to voicemail, photographic, video and other media images stored in or sent from these cellular telephones/electronic devices, text messages sent to or sent from these cellular telephones/electronic devices, audio and video recordings stored in or sent from these cellular telephones/electronic devices, mobile applications, internet activity and search history and data storage from any cloud data sources associated with the above cellular telephones/electronic devices, which is related to the possession and distribution of child pornography;

Any other property or evidence found otherwise to be subject to seizure under the laws of the State of Maryland. Mobile applications can be designed with data being stored on the device

and also have data stored in the "cloud", which is a remote server providing resources to the application and device. Often application's data can be found on the device itself and / or in the "cloud".

This property is:

- Evidence of violations of the Annotated Code of Maryland, Criminal Law Articles:
    - CR 11-208:  POSSESS CHILD PORNOGRAPHY
    - CR 11-207(a)(4): CHILD PORN PROMOTE / DISTRIBUTE
    - CR 10-606(b)(1)(2): Aggravated Cruelty to Animals
    - Related offenses

NOT FOR PUBLIC RELEASE
MSP-038227 - 58 - Easton

This belief is based upon:

- The information contained in CyberTipline Report 174159826;
- Pictures and videos located in Synchronoss Technologies, Inc., account# 
- The interview with Ann Margaret Curl
- The investigation conducted by CEDER investigators; and,
- The knowledge, training, and experience of your Affiant.

Wherefore, your Affiant requests that a Search and Seizure Warrant be issued authorizing the search and seizure and subsequent forensic data analysis of the aforesaid **TARGET DEVICE** for the aforementioned content between the dates of September 15, 2023 to present. I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Application and Affidavit are true. For any portion of the Application and Affidavit that relies upon information provided by someone other than the applicant, and only for such portion(s), I solemnly affirm under the penalties of perjury that the contents of the foregoing Application and Affidavit are true to the best of my/our knowledge, information and belief.

_Sgt. T. Antal_

**Sergeant T. Antal #4970**

Maryland State Police

Criminal Enforcement Division- Eastern Region

*Personally, or electronically submitted to me, a Judge of the District Court for Caroline County, State of Maryland, this 28th day of February 2024, by Sergeant T. Antal #4970, who appeared before me or was properly identified to me, and he has made an oath that the contents of the foregoing document are true and correct.*

_Joseph Riley_                                Feb 28, 2024 | 9:32 AM EST

**JUDGE Joseph A Riley**                     **DATE/TIME**

District Court for Caroline County, State of Maryland



## IN THE DISTRICT COURT FOR CAROLINE COUNTY, STATE OF MARYLAND

### SEARCH AND SEIZURE WARRANT

**TO: ANY DULY CONSTITUTED POLICE OFFICER OF THE MARYLAND STATE POLICE**

**WHEREAS:**

An application for a Search and Seizure Warrant having been made before me by Sergeant T. Antal #4970, Maryland State Police;

And it appears to me, from the Application for Search Warrant and the Affidavit in Support of Search Warrant, both being attached hereto and made a part hereof and incorporated herein; that Probable Cause exists to believe that:

Within a mobile electronic device, more specifically described as:

1. **Samsung Cellphone serial number R5CW21AA5BB**

hereinafter "**TARGET DEVICE**," seized and retained by the Maryland State Police – Criminal enforcement Division Eastern Region pending the issuance of a search and seizure warrant.

## THERE IS PRESENTLY CONTENT SUBJECT TO SEIZURE, NAMELY:

For the time period between the dates of September 15, 2023 to present:

Data stored in these cellular telephones/electronic devices, data sent from these cellular telephones/electronic devices, stored telephone number contacts, listing of received and sent telephone numbers for call and text history, access to voicemail, photographic, video and other media images stored in or sent from these cellular telephones/electronic devices, text messages sent to or sent from these cellular telephones/electronic devices, audio and video recordings stored in or sent from these cellular telephones/electronic devices, mobile applications, internet activity and search history and data storage from any cloud data sources associated with the above cellular telephones/electronic devices, which is related to the possession and distribution of child pornography;

Any other property or evidence found otherwise to be subject to seizure under the laws of the State of Maryland. Mobile applications can be designed with data being stored on the device and also have data stored in the "cloud", which is a remote server providing resources to the application and device. Often application's data can be found on the device itself and / or in the "cloud".

The search procedure may include the following techniques (the following is a non-exclusive list, and law enforcement and/or the digital forensic examiner may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein, while permitting law enforcement examination of all the data necessary to determine whether that data falls within the items to be seized). Law enforcement is authorized to conduct data extractions of the various devices specified herein in a manner that allows for forensic review between the dates of September 15, 2023 to present.

1. Surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for markings it contains and opening a drawer believed to contain pertinent files);
2. "opening" or cursorily reading the first few "pages" of such files in order to determine their precise contents;
3. "scanning" storage areas to discover and possible recover recently deleted files;
4. "scanning" storage areas for deliberately hidden files; or
5. performing keyword searches or other search and retrieval searches through all electronic

storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation

If after performing these procedures, the directories, files or storage areas do not reveal evidence of possession of child pornography or other criminal activity, the further search of that particular directory, file or storage area, shall cease.

**NOW THEREFORE,**

**YOU ARE COMMANDED**, to forthwith search, and seize for subsequent forensic data analysis, the above described electronic devices for the property specified herein, executing this Warrant and making the search, and if such property be found there, to seize and analyze it; and, if upon execution of this Warrant, there are found persons then and there engaged in the commission of a crime, arrest those so participating; leaving a copy of this Warrant, and the attached Application and Affidavits(s), together with a written Inventory of the property taken, which inventory you shall make as specified herein below, with the person from whom the property is taken, if such person be present at the time this Warrant is executed, and if such person is not present, with the person apparently in charge of the premises from which the property is taken.  If neither of those persons is present at the time this Warrant is executed, you shall leave a copy of this Warrant, and the attached Application and Affidavit(s) together with a copy of the aforesaid inventory, in a conspicuous place at the premises from which the property is taken.

**YOU ARE FURTHER COMMANDED** to make a written inventory of the property taken, in the presence of the person from whom the property is taken, if such person is present at the time of execution of this Warrant.  If such person is not present, the inventory shall be made in the presence of the person apparently in charge of the premises and vehicle from which the property is taken, if that person is present.  This inventory shall be signed and verified by the officer executing this Warrant.  A copy thereof shall be left at the premises as set forth herein above.

**YOU ARE FURTHER COMMANDED** that this Warrant shall be executed within ten days from the date of issuance hereof, as stated herein below, and this Warrant shall, after such period thereafter be null and void. You shall return this Warrant to the undersigned Judge, or in my absence, to another Judge of this state, as promptly as possible, and in any event within ten days after the date of the Warrant is executed. Such return shall be accompanied by a copy of the Inventory made as set forth herein above. In the event this Warrant is not executed within ten days after its issuance, you shall return it promptly to the undersigned Judge.

**HEREAFTER, FAIL NOT AT YOUR PERIL.**

*Issued this 28th day of February 2024.*

*Joseph Riley*

**JUDGE Joseph A. Riley**
District Court for Caroline County, State of Maryland

Feb 28, 2024 | 9:32 AM EST

**DATE/TIME**