Exhibit B

Ann Curl Recorded Interview

(Non-Scannable Exhibit)

(Previously Filed at ECF No. 47)