IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES EDWARD HOWETH,<br><br>Defendant. | CASE NO: ELH-24-311 |

**GOVERNMENT'S RESPONSE TO DEFENSE MOTION *IN LIMINE* TO PRECLUDE ALL SAMSUNG NOTES (ECF 85)**

The Defendant seeks to preclude the Government from introducing any evidence related to the Samsung Notes found on the Defendant's device, specifically the Samsung S21 phone (the "Notes"). The Defendant argues these Notes have no relevance and present extraordinary prejudice.

The Notes in question, in part, are depicted below:

[Intentionally left blank]

2

| Time | Note | Account |
|---|---|---|
| Created:<br>4/29/2023<br>7:21:44 AM(UTC-4)<br>Modified:<br>4/29/2023<br>7:25:32 AM(UTC-4) | Title:<br>Source: Samsung Notes<br>Labels:<br>Body: So I was sitting at a table coloring in a crop top and skirt and you came up and told me i was in trouble<br>I of course was unimpressed and ignored you. You didn't appreciate that<br>So you hauled me up and told me that I was being double punished. 1) for being bad, 2) for ignoring you<br>I of course had to<br>Parties:<br>Source Extraction: Full File System<br>Source file: EXTRACTION_FFS.zip/data/user/150/com.samsung.android.app.notes/databases/sdoc.db-wal : 0x1C22A (Table: sdoc; Size: 189552 bytes) | |
| Created:<br>4/29/2023<br>7:03:36 AM(UTC-4)<br>Modified:<br>4/29/2023<br>7:09:12 AM(UTC-4) | Title:<br>Source: Samsung Notes<br>Labels:<br>Body: I'd straddle your lap<br>With my back to your front<br>And spread my legs<br>And slowly slide my wet, twitching pussy down your hard, leaking, throbbing cock<br>Til you're all the way inside me, til I can feel the denim of your jeans brushing my clit<br>Letting out a little moan as I hear you groan, your sharp int<br>Parties:<br>Source Extraction: Full File System<br>Source file: EXTRACTION_FFS.zip/data/user/150/com.samsung.android.app.notes/databases/sdoc.db-wal : 0x1A767 (Table: sdoc; Size: 189552 bytes) | |
| Created:<br>4/29/2023<br>6:38:11 AM(UTC-4)<br>Modified:<br>4/29/2023<br>6:42:46 AM(UTC-4) | Title:<br>Source: Samsung Notes<br>Labels:<br>Body: The rubbing gets faster and more purposeful, almost as if a grinding motion<br>You get the feeling maybe you're not the only one enjoying this little showFunny faces start to be made and happy noises You're pretty sure at this point you're not going to be the only one with a happy ending<br>What do you<br>Parties:<br>Source Extraction: Full File System<br>Source file: EXTRACTION_FFS.zip/data/user/150/com.samsung.android.app.notes/databases/sdoc.db-wal : 0x1AC54 (Table: sdoc; Size: 189552 bytes) | |

The Notes were found on the Defendant's Samsung S21 phone during the forensic extraction which led to the recovery of approximately 1100 files of child pornography. The Notes appear to be snippets of stories, written or created on April 29, 2023, between 6:38 a.m. and 7:21 a.m. The first Note describes a person "coloring" at a table and being told she was in trouble –

seemingly told from a child's perspective.

The Notes are not criminal acts nor do they amount to a "prior bad acts." They are simply relevant and intrinsic to the crimes charged. Moreover, the Notes are not unfairly prejudicial and should not be precluded at trial.

Evidence is intrinsic if it arose out of the same transaction or series of transactions as the charged offense or "is necessary to complete the story of the crime at trial." *United States v. Sutherland*, 921 F.3d 421, 429-30 (4th Cir. 2019). To be considered necessary to complete the story of the crime, evidence "must be probative of an integral component of the crime on trial or provide information without which the factfinder would have an incomplete or inaccurate view of other evidence or of the story of the crime itself." *Beeman*, 135 F.4th at 146. Evidence that provides "necessary contextual information" or is "inextricably intertwined" with evidence of the charged offenses and forms an integral part of the testimony concerning them is intrinsic." *United States v. Blair*, No. ELH-19-410, 2021 WL 4339132 at *29 (D. Md. Sept. 23, 2021); *see also, e.g.*, *United States v. Lighty*, 616 F.3d 321, 352 (4th Cir. 2010).

Here, the EXIF data for the images depicting Minor Victim capture a creation date of April 21, 2021. These images appeared to have been deleted and were found only during the search by forensic specialists. Evidence in the form of text messages between the Defendant and his girlfriend Ann Curl show that the Defendant fantasized about Minor Victim sexually, and the Defendant described in the texts the sexual acts and sexual contact depicted in the produced images in a detailed manner. The EXIF data for those texts is April 14, 2021, contemporaneous with the produced images of Minor Victim. The date of the upload of the Cybertip to the Synchronoss account was September 15, 2023.

The search warrant of the Defendant's home, the seizure of his devices (and the date of his

4

"possession" of the child pornography on the devices), and the Defendant's Mirandized statement all occurred almost three years after the production of the sexually explicit images of Minor Victim. On March 14, 2024, the Defendant stated to law enforcement that he had not looked for or searched for child pornography in months, describing these behaviors as "poor choices." The Defendant further described his viewing, downloading or sharing of child pornography as "curiosity," and that he shared it with his girlfriend one time and "that was it." Clearly, the Defendant tried to downplay his role in the criminal activity and the breadth of his sexual attraction to children. The existence of Notes that describe a sexual fantasy with a child is highly relevant and completes the context and full background of the Defendant's activity.

The Government has the burden of proving beyond a reasonable doubt that the Defendant knowingly produced and possessed child pornography with the requisite intent. The Notes found on his Samsung S21 phone are relevant to the continuous nature of the Defendant's sexual attraction and fantasies toward children and further support his intent to produce sexually explicit images, exploit Minor Victim, and possess images of child pornography over the relevant time period.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


By: _____
Colleen Elizabeth McGuinn
Reema Sood
Assistant United States Attorneys