FILED          ENTERED
LOGGED

FEB 0 _ 2026

CLERK, U_ _
DISTRICT _ _ _

BY          JG          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.          *

James Howeth          *          Criminal No: 24-CR-311-ELH

                                  *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Dorchester County School Records | 2/4/26 | 2/4/26 |
| 2 | MSP Digital Forensic Team Report 3-14-24 | | |
| 3 | Sgt. Antal BWC Pt. 1 | | |
| | | | |
| | | | |
| | | | |
| | | | |

1